Submitted on record and briefs September 2, 1982, affirmed March 2, reconsideration denied April 29, petition for review denied June 29, 1983 (295 Or 259)

1000 FRIENDS OF OREGON et al,
*Appellants.*

*v.*

WASCO COUNTY COURT et al,
*Respondents.*

(17133; CA A23892)

659 P2d 1006

Mark J. Greenfield, Portland, filed the briefs for appellants.

Bernard L. Smith, District Attorney, The Dalles, filed the brief for respondents Wasco County Court.

Timothy V. Ramis and O'Donnell, Sullivan & Ramis, Portland, filed the brief for respondents David Knapp, Richard S. Smith, Kent Bullock, Samadhi Matthews and Chidvalis Rajneesh Meditation Center.

Before Gillette, Presiding Judge, and Warden and Young, Judges.

PER CURIAM.

**PER CURIAM.**

We affirm the order of the Wasco County Circuit Court dismissing this writ of review proceeding on the ground that its subject matter—the decision of the Wasco County Court ordering an election concerning the proposed incorporation of the City of Rajneeshpuram—is a land use decision within the exclusive jurisdiction of the Land Use Board of Appeals. *1000 Friends of Ore. v. Wasco Co. Court,* 62 Or App 75, 659 P2d 1001 (1983).